## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:10-cv-05633-JHN | Date | December 21, 2010 |
|---|---|---|---|
| Title | In re Lynda Peterson | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE   (In Chambers)

On July 29, 2010, Appellant Lynda Peterson filed a notice of appeal from the Bankruptcy Court's June 29, 2010 Order on the Chapter 7 Trustee's Motion for Sale of Property. (Docket no. 2.)

On September 17, 2010, the Court set the briefing schedule for the appeal. (Docket no. 7.) Pursuant to that order, Appellant filed her opening brief on October 26, 2010. (Docket no. 9.) The scheduling order required Respondent's opposition brief to be filed within twenty days of receipt of Appellant's opening brief. However, the Court has not received Respondent's opposition brief.

On November 22, 2010, the bankruptcy court clerk notified the Court that the neither a statement of issues nor a designation of the record had been filed as required by Federal Rule of Bankruptcy Procedure 8006. (Docket no. 10.)

The parties are hereby ordered to submit a joint status report, **by no later than January 14, 2011,** addressing the following:
1. Appellant is to clarify, by conferring with the bankruptcy court clerk as necessary and taking other appropriate steps, why the record is not complete and what steps remain to have the record prepared for appeal.
2. Appellee is ordered to show cause as to why the opposition brief was not filed within twenty days of receipt of Appellant's opening brief, as ordered by the Court.

**Failure to comply with this Order may result in the imposition of sanctions and/or dismissal of the appeal.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |